## City of Chicago, Appellee, v. Octigan Drop Forge Company, and William Hirsh, Appellants.

### Gen. No. 45,211.

Wilhartz & Hirsch, for ap-

pellants; Samuel E. Hirsch and Jack A. Diamond, of counsel; John J. Mortimer, Acting Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.

